**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) NORTHWESTERN MEMORIAL ) HEALTHCARE and NORTHWESTERN ) MEMORIAL HOSPITAL, ) ) Defendants. ) | Case No. 1:10-cv-00397<br><br>Judge Aspen |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Northwestern Memorial HealthCare and Northwestern Memorial Hospital (the "Hospital") (collectively "Defendants"), pursuant to Fed. R. Civ. P. 8 and 12(b)(6), move to dismiss Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. Plaintiff Jennifer DeMarco ("DeMarco" or "Plaintiff") filed a four-count complaint alleging violations of the Fair Labor Standards Act ("FLSA") (Count I), the Illinois Minimum Wage Law ("IMWL") (Count II), the Illinois Wage Payment and Collection Act ("IWPCA") (Count III), and unjust enrichment under Illinois common law (Count IV). DeMarco's Complaint seeks to maintain the FLSA claim as a collective action and the state law claims as a class action.

2. DeMarco's Complaint alleges broadly that the Hospital failed to compensate DeMarco and others for all hours worked by automatically deducting time for meal breaks even when DeMarco and others performed compensable work during a

CH1 11914825.1

meal break and that DeMarco and others performed unspecified off-the-clock work after their scheduled shifts ended. Compl. ¶¶ 4, 23-36.

3. All four counts of DeMarco's Complaint must be dismissed because they fail to satisfy the pleading requirements set forth in Fed. R. Civ. P. 8 and established by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009). DeMarco's allegations in each of her counts are insufficient to state a plausible claim for relief.

WHEREFORE, for the foregoing reasons and those set forth in Defendants' Memorandum of Law In Support of Their Motion to Dismiss Plaintiff's Complaint, filed concurrently herewith, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiff's Complaint in its entirety.

**DATED: March 1, 2010**                             Respectfully submitted,

                                                                            NORTHWESTERN MEMORIAL
                                                                            HEALTHCARE and NORTHWESTERN
                                                                            MEMORIAL HOSPITAL

                                                                            By          s/ Jessica E. Chmiel
                                                                                    One of Their Attorneys

Noah Finkel (nfinkel@seyfarth.com)
William P. Schurgin (wschurgin@seyfarth.com)
Jessica E. Chmiel (jchmiel@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11914825.1


## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Defendants' Motion to Dismiss Plaintiff's Complaint* was served upon:

| | |
|---|---|
| Marvin A. Miller | Kendall S. Zylstra |
| Matthew E. Van Tine | Gerald D. Wells, III |
| MILLER LAW LLC | Stephen E. Connolly |
| 115 South LaSalle Street, | FARUQI & FARUQI, L.L.P. |
| Suite 2910 | 2600 Philmont Avenue, Suite 324 |
| Chicago, Illinois 60603 | Huntingdon Valley, PA 19006 |
| mmiller@millerlawllc.com | kzylstra@faruqilaw.com |
| mvantine@millerlawllc.com | jwells@faruqilaw.com |
| | sconnolly@faruqilaw.com |
| | |
| Gary Lynch | Michael L. Russell |
| Bruce Carlson | Clinton H. Scott |
| CARLSON LYNCH, L.T.D. | J. Brandon McWherter |
| 36 N. Jefferson Street | GILBERT RUSSELL MCWHERTER, |
| P.O. Box 7635 | P.L.C. |
| New Castle, PA 16107 | 101 North Highland Avenue |
| bcarlson@carlsonlynch.com | Jackson, Tennessee 38301 |
| glynch@carlsonlynch.com | mrussell@gilbertfirm.com |

by the court's electronic noticing system this 1st day of March, 2010.

                s/ Jessica E. Chmiel

CH1 11914825.1