**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL,<br><br>        Defendants. | Case No. 1:10-cv-00397<br><br>Judge Aspen |

**NOTICE OF MOTION**

To:
    Marvin A. Miller
    Matthew E. Van Tine
    MILLER LAW LLC
    115 South LaSalle Street,
    Suite 2910
    Chicago, Illinois 60603
    mmiller@millerlawllc.com
    mvantine@millerlawllc.com

    Kendall S. Zylstra
    Gerald D. Wells, III
    Stephen E. Connolly
    FARUQI & FARUQI, L.L.P.
    2600 Philmont Avenue, Suite 324
    Huntingdon Valley, PA 19006
    kzylstra@faruqilaw.com
    jwells@faruqilaw.com
    sconnolly@faruqilaw.com

    Gary Lynch
    Bruce Carlson
    CARLSON LYNCH, L.T.D.
    36 N. Jefferson Street
    P.O. Box 7635
    New Castle, PA 16107
    bcarlson@carlsonlynch.com
    glynch@carlsonlynch.com

    Michael L. Russell
    Clinton H. Scott
    J. Brandon McWherter
    GILBERT RUSSELL MCWHERTER, P.L.C.
    101 North Highland Avenue
    Jackson, Tennessee 38301
    mrussell@gilbertfirm.com

    PLEASE TAKE NOTICE that on March 16, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Aspen in Courtroom 2568 of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT.

| | |
|---|---|
| **DATED: March 1, 2010** | Respectfully submitted,<br><br>NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL<br><br>By       s/ Jessica E. Chmiel<br>           One of Their Attorneys |

Noah Finkel (nfinkel@seyfarth.com)
William P. Schurgin (wschurgin@seyfarth.com)
Jessica E. Chmiel (jchmiel@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing *Notice of Motion* was served upon:

| | |
|---|---|
| Marvin A. Miller | Kendall S. Zylstra |
| Matthew E. Van Tine | Gerald D. Wells, III |
| MILLER LAW LLC | Stephen E. Connolly |
| 115 South LaSalle Street, | FARUQI & FARUQI, L.L.P. |
| Suite 2910 | 2600 Philmont Avenue, Suite 324 |
| Chicago, Illinois 60603 | Huntingdon Valley, PA 19006 |
| mmiller@millerlawllc.com | kzylstra@faruqilaw.com |
| mvantine@millerlawllc.com | jwells@faruqilaw.com |
| | sconnolly@faruqilaw.com |
| | |
| Gary Lynch | Michael L. Russell |
| Bruce Carlson | Clinton H. Scott |
| CARLSON LYNCH, L.T.D. | J. Brandon McWherter |
| 36 N. Jefferson Street | GILBERT RUSSELL MCWHERTER, |
| P.O. Box 7635 | P.L.C. |
| New Castle, PA 16107 | 101 North Highland Avenue |
| bcarlson@carlsonlynch.com | Jackson, Tennessee 38301 |
| glynch@carlsonlynch.com | mrussell@gilbertfirm.com |

by the court's electronic noticing system this 1st day of March, 2010.

                                                        s/ Jessica E. Chmiel