UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:10-cv-00397 ) ) |
| NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL, | ) Judge Feinerman ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S MOTION
## TO DISMISS 31 OPT-IN PLAINTIFFS AND TO COMPEL

Defendant Northwestern Memorial Hospital ("Defendant"),[1] seeks an order from this Court, pursuant to Fed. R. Civ. P. 37: (1) dismissing with prejudice 31 Opt-In Plaintiffs who have failed to respond to Defendant's written discovery requests; (2) compelling 33 of the remaining 89 Opt-In Plaintiffs to provide verifications for their interrogatory answers; (3) compelling the remaining 89 Opt-In Plaintiffs to provide all non-privileged, responsive documents in their possession, custody, or control; and (4) compelling the remaining 89 Opt-In Plaintiffs to provide supplemental responses to Defendant's requests for production and interrogatories.

A Memorandum of Law setting forth the grounds for Defendant's Motion is filed with and in support of this Motion. For the reasons explained in Defendant's Memorandum of Law, Defendant respectfully requests that the Court grant its Motion.

---

[1] Defendant Northwestern Memorial HealthCare was dismissed from this litigation by this Court's August 10, 2011 Order on Defendants' Motion for Summary Judgment. *See* Docket Nos. 80, 83.

14505629v.1

| | |
|---|---|
| DATED: May 30, 2012 | Respectfully submitted,<br><br>NORTHWESTERN MEMORIAL HOSPITAL<br>By  s/ Laura E. Reasons  <br>    One of Its Attorneys<br><br>Noah Finkel (nfinkel@seyfarth.com)<br>William P. Schurgin (wschurgin@seyfarth.com)<br>Kristen G. McGurn (kmcgurn@seyfarth.com)<br>Rebecca Pratt Bromet (rbromet@seyfarth.com)<br>Laura E. Reasons (lreasons@seyfarth.com)<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 30th day of May, 2012, a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS 31 OPT-IN PLAINTIFFS AND TO COMPEL was served by the court's electronic noticing system upon:

| | |
|---|---|
| Marvin A. Miller | Kendall S. Zylstra |
| Matthew E. Van Tine | Gerald D. Wells, III |
| MILLER LAW LLC | Stephen E. Connolly |
| 115 South LaSalle Street, Suite 2910 | FARUQI & FARUQI, L.L.P. |
| Chicago, Illinois 60603 | 2600 Philmont Avenue, Suite 324 |
| mmiller@millerlawllc.com | Huntingdon Valley, PA 19006 |
| mvantine@millerlawllc.com | kzylstra@faruqilaw.com |
| | jwells@faruqilaw.com |
| | sconnolly@faruqilaw.com |
| Gary Lynch | Michael L. Russell |
| Bruce Carlson | Clinton H. Scott |
| CARLSON LYNCH, L.T.D. | J. Brandon McWherter |
| 36 N. Jefferson Street | GILBERT RUSSELL MCWHERTER, P.L.C. |
| P.O. Box 7635 | |
| New Castle, PA 16107 | 101 North Highland Avenue |
| bcarlson@carlsonlynch.com | Jackson, Tennessee 38301 |
| glynch@carlsonlynch.com | mrussell@gilbertfirm.com |

                                                                              s/ Laura E. Reasons