**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:10-cv-00397 ) ) Judge Tharp |
| NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL, | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS 36 OPT-IN PLAINTIFFS

Defendant Northwestern Memorial Hospital ("Defendant"),[1] seeks an order from this Court, pursuant to Fed. R. Civ. P. 37 dismissing with prejudice 36 Opt-In Plaintiffs who have failed to respond to Defendant's written discovery requests pursuant to the Court's June 13, 2012 Minute Entry (Doc. No. 137).

A Memorandum of Law setting forth the grounds for Defendant's Motion is filed with and in support of this Motion. For the reasons explained in Defendant's Memorandum of Law, Defendant respectfully requests that the Court grant its Motion.

---

[1] Defendant Northwestern Memorial HealthCare was dismissed from this litigation by this Court's August 10, 2011 Order on Defendants' Motion for Summary Judgment. See Docket Nos. 80, 83.

**DATED: September 13, 2012**         Respectfully submitted,

NORTHWESTERN MEMORIAL HOSPITAL
By_____s/ Laura E. Reasons_____
                One of Its Attorneys

Noah Finkel (nfinkel@seyfarth.com)
William P. Schurgin (wschurgin@seyfarth.com)
Kristen G. McGurn (kmcgurn@seyfarth.com)
Rebecca Pratt Bromet (rbromet@seyfarth.com)
Laura E. Reasons (lreasons@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 13th day of September, 2012, a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS 36 OPT-IN PLAINTIFFS was served by the court's electronic noticing system upon:

Marvin A. Miller
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street,
Suite 2910
Chicago, Illinois 60603
mmiller@millerlawllc.com
mvantine@millerlawllc.com

Kendall S. Zylstra
Gerald D. Wells, III
Stephen E. Connolly
FARUQI & FARUQI, L.L.P.
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
kzylstra@faruqilaw.com
jwells@faruqilaw.com
sconnolly@faruqilaw.com

Gary Lynch
Bruce Carlson
Sunshine Fellows
CARLSON LYNCH, L.T.D.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
bcarlson@carlsonlynch.com
glynch@carlsonlynch.com
sfellows@carlsonlynch.com

s/ Laura E. Reasons

14838940v.1