IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL,<br><br>Defendants. | Case No. 1:10-cv-00397<br><br>Judge Feinerman |

**JOINT STATUS REPORT**

Defendant Northwestern Memorial Hospital ("NMH") and Plaintiff Jennifer DeMarco ("Plaintiff") (collectively, the "Parties"), submit their Joint Status Report pursuant to the Court's January 2, 2013 Minute Entry (Doc. 147).

**I.  Settlement Was Reached on October 24, 2012**

In September and October 2012, the Parties spent considerable time and effort discussing potential settlement of this matter. Those efforts culminated with the Parties spending a full day on October 24, 2012 mediating the case before the Honorable Judge Morton Denlow of JAMS. That day, a settlement was reached.

**II.  Status of Settlement**

Pursuant to the settlement terms sheet created by Judge Denlow and the Parties, and agreed to by the Parties, NMH provided a draft settlement agreement and related settlement papers to Plaintiffs on November 19, 2012. The draft settlement papers also included a proposed order granting preliminary approval, notice forms, and the claim form that will be used to administer the settlement. Plaintiffs provided their comments and revisions to the settlement

15158497v.2

-2-

agreement to NMH's counsel on January 9, 2013. The Parties anticipate that they will be able to file their motion for preliminary approval within a month of the date of the submission of this joint status report.

**DATED: January 10, 2013**

Respectfully submitted,

| | |
|---|---|
| NORTHWESTERN MEMORIAL HOSPITAL | JENNIFER DEMARCO, an individual, on behalf of herself and others similarly situated |
| By     s/ Laura E. Reasons<br>        One of Its Attorneys<br>Noah Finkel<br>William P. Schurgin<br>Rebecca Pratt Bromet<br>Laura E. Reasons<br>SEYFARTH SHAW LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 | By     s/ Gary F. Lynch (w/ permission)<br>        One of Her Attorneys<br>Gary F. Lynch<br>CARLSON LYNCH LTD<br>36 N. Jefferson Street<br>P.O. Box 7635<br>New Castle, PA 16107<br>(724) 656-1555<br>(724) 656-1556<br><br>Gerald D. Wells, III<br>FARUQI & FARUQI, LLP<br>101 Greenwood Ave. Suite 600<br>Jenkintown, PA 19046<br>(215) 277-5770<br>(215) 277-5771<br><br>Marvin Miller<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle St., Ste 2910<br>Chicago, IL 60603<br>(312) 332-3400<br>(312) 676-2676 |

15158497v.2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing JOINT STATUS REPORT was served upon:

| | |
|---|---|
| Marvin A. Miller | Gerald D. Wells, III |
| Matthew E. Van Tine | FARUQI & FARUQI, L.L.P. |
| MILLER LAW LLC | 101 Greenwood Ave. Suite 600 |
| 115 South LaSalle Street, | Jenkintown, PA 19046 |
| Suite 2910 | jwells@faruqilaw.com |
| Chicago, Illinois 60603 | |
| mmiller@millerlawllc.com | |
| mvantine@millerlawllc.com | |
| | |
| Gary Lynch | |
| Bruce Carlson | |
| CARLSON LYNCH, L.T.D. | |
| 36 N. Jefferson Street | |
| P.O. Box 7635 | |
| New Castle, PA 16107 | |
| bcarlson@carlsonlynch.com | |
| glynch@carlsonlynch.com | |

by the court's electronic noticing system this 10th day of January, 2013.

                                                            s/ Laura E. Reasons