IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER DEMARCO, an individual, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) NORTHWESTERN MEMORIAL HEALTHCARE and NORTHWESTERN MEMORIAL HOSPITAL, ) ) ) ) Defendants. ) | Civil Action No.: 10-cv-397<br><br>Judge John J. Tharp, Jr. |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiffs, by and through the undersigned counsel, hereby respectfully move this Court for an Order preliminarily approving the terms of a proposed class and collective action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement. Defendant does not oppose this motion.[1] In support of this Motion, the parties aver as follows:

1. After arm's-length negotiations facilitated by the former Magistrate Judge Morton Denlow, on October 24, 2012, the parties reached a proposed settlement of this putative collective/class action. Following several months of further negotiations to finalize the details of the proposed settlement, on or about May 16, 2013, the parties executed a Class Action

---

[1] Defendant does not oppose this motion to the extent it seeks certification of a class under Fed. R. Civ. P. 23 for the purposes of settlement only. Should the settlement fail to be finally approved by the Court, Defendant reserves its right to oppose certification of a Rule 23 class on the merits and to argue that the FLSA class should be decertified and/or not finally certified.

Settlement Agreement ("Settlement Agreement" or "Settlement"), a copy of which is attached hereto as Exhibit 1.

2. The terms of the proposed Settlement, the proposed form of notice to the class, and the proposed manner of disseminating notice to the Class are set forth in detail in the Settlement Agreement attached hereto.

3. Consistent with the Memorandum of Law filed herewith, the parties request that the Court enter the proposed Order preliminarily approving the terms of a proposed class and collective action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Order (attached to the Settlement Agreement filed herewith, as Exhibit D) preliminarily approving the settlement.

Dated: May 29, 2013

Respectfully submitted,

JENNIFER DEMARCO, an individual, on
behalf of herself and others similarly situated

By  */s/    Gary F. Lynch*
       One of Her Attorneys
Gary F. Lynch
CARLSON LYNCH LTD
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
(724) 656-1555
(724) 656-1556

Gerald D. Wells, III
FARUQI & FARUQI, LLP
101 Greenwood Ave. Suite 600
Jenkintown, PA 19046
(215) 277-5770
(215) 277-5771

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle St., Suite 2910
Chicago, IL  60603
(312) 332-3400
(312) 676-2676