IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER DEMARCO, an individual, ) <br> on behalf of herself and all others ) <br> similarly situated, ) <br> ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTHWESTERN MEMORIAL ) <br> HEALTHCARE and NORTHWESTERN ) <br> MEMORIAL HOSPITAL, ) <br> ) <br>        Defendants. ) <br> _____) | Civil Action No.: 10-cv-397 <br><br> Judge John J. Tharp, Jr. |

**PLAINTIFF'S UNOPPOSED PETITION FOR
CLASS COUNSEL'S COSTS AND ATTORNEYS' FEES**

NOW COMES Plaintiff, Jennifer DeMarco, by and through her undersigned counsel, and respectfully petitions the Court for an award of costs and attorneys' fees as set forth below and on those grounds set forth in Plaintiff's supporting Memorandum of Law.

1. Class Counsel has negotiated the settlement of this FLSA collective action and Rule 23 class action on behalf of a class that includes approximately 5,269 individuals.

2. The settlement creates a fund of $1.925 million. Plaintiff petitions for recovery of her costs and attorneys' fees in the amount of $577,500 or 30% of the settlement fund.

3. Class Counsel has incurred approximately $22,085.82 in costs to date. Instead of requesting a separate award of actual costs, however, Class Counsel agrees that their costs may be absorbed into the combined 30% fees and costs request.

4. As set forth in greater detail in Plaintiff's supporting Memorandum of Law, the requested award is consistent with the market rate for similar cases.

1

WHEREFORE, Plaintiff respectfully requests that the Court award costs and attorneys' fees as set forth above.

Respectfully submitted this 11th day of December, 2013:

By: */s/ Gary F. Lynch*
Gary F. Lynch
glynch@carlsonlynch.com
CARLSON LYNCH LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Phone: (412) 322-9243
Fax: (412) 231-0246

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2013, a true and correct copy of the foregoing *Unopposed Petition for Class Counsel's Costs and Attorneys' Fees* was served on all counsel of record via the Court's electronic noticing system.

*/s/ Gary F. Lynch*
Gary F. Lynch
